**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:** <br><br> **DONALD BOLSTRIDGE,** <br><br> Debtor. | **Chapter 7** <br> **Case No. 20-20008** |

**ORDER GRANTING MOTION FOR ORDER COMPELLING NESTLE WATERS NORTH AMERICA, INC. TO APPEAR FOR RULE 2004 EXAMINATION AND TO PRODUCE DOCUMENTS IN CONNECTION THEREWITH**

Upon the motion of the Anthony J. Manhart, in his capacity as the trustee of the Chapter 7 Estate of Donald Bolstridge (the "Trustee"), for an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure compelling Nestle Waters North America, Inc. and/or its subsidiary Poland Spring Company (and/or another appropriate affiliate(s) as necessary) (collectively, "Nestle"), to appear for examination and to produce certain records, documents, and other information (the "Motion"), and there appearing to be just cause for such relief, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.  The Motion is hereby granted.

2.  Nestle is ordered to appear for an examination on the topics set forth in **Appendix A** to the Motion at a date and time to be mutually agreed to between the Trustee and Nestle or on such other date or place as this Court may order.

3.  Subject to service of a subpoena pursuant to Rule 2004(c) of the Federal Rules of Bankruptcy Procedure, Nestle shall produce the documents within its custody, possession, and/or control that are responsive to the requests in **Appendix A** to the Motion for inspection and/or copying no later than 30 days after service of such subpoena or on such other date as the parties may determine by agreement.

4. This Court reserves jurisdiction to resolve disputes arising out of this Order and the Rule 2004 examination permitted herein.

5. This Order shall become final in fourteen (14) days unless a party in interest sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

Dated: _____

_____
The Honorable Peter G. Cary
Chief Judge, United States Bankruptcy Court
for the District of Maine