**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| In re: BOLSTRIDGE, DONALD | § § § § | Case No. 20-20008 PGC |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Anthony J. Manhart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $981,737.00 | Assets Exempt: | $69,450.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,922.56 | Claims Discharged Without Payment: | $642,431.11 |
| Total Expenses of Administration: | $709.64 | | |

3) Total gross receipts of $2,632.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,632.20 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,215,476.00 | $209,325.53 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $708.05 | $709.64 | $709.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $179,656.00 | $45,701.85 | $45,701.85 | $1,922.56 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $678,005.46 | $286,776.03 | $286,776.03 | $0.00 |
| **TOTAL DISBURSEMENTS** | $2,073,137.46 | $542,511.46 | $333,187.52 | $2,632.20 |

4) This case was originally filed under chapter 7 on 01/08/2020. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2022     By: /s/ Anthony J. Manhart
                          Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds received from Ally | 1290-000 | $2,632.20 |
| **TOTAL GROSS RECEIPTS** | | **$2,632.20** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | FreedomRoad Financial c/o Wayfinder BK, LLC | 4210-000 | $12,117.00 | $12,865.30 | $0.00 | $0.00 |
| 5 | FreedomRoad Financial c/o Wayfinder BK, LLC | 4210-000 | $17,133.00 | $18,192.06 | $0.00 | $0.00 |
| 6 | Mantis Funding LLC | 4210-000 | $64,240.00 | $56,992.66 | $0.00 | $0.00 |
| 7S | State of Maine Bureau of Revenue Services | 4700-000 | $10,000.00 | $56,522.55 | $0.00 | $0.00 |
| 10S | North Country FCU | 4210-000 | $11,000.00 | $9,000.00 | $0.00 | $0.00 |
| 18S | Internal Revenue Service | 4300-000 | $7,740.00 | $55,752.96 | $0.00 | $0.00 |
| N/F | Ally Financial | 4210-000 | $53,947.00 | NA | NA | NA |
| N/F | Ally Financial | 4210-000 | $21,489.00 | NA | NA | NA |
| N/F | Casco Federal Credit Union | 4210-000 | $2,825.00 | NA | NA | NA |
| N/F | Christine Bolstridge | 4110-000 | $40,000.00 | NA | NA | NA |
| N/F | Elizabeth Scheffee | 4110-000 | $17,000.00 | NA | NA | NA |
| N/F | Ford Motor Credit | 4210-000 | $15,412.00 | NA | NA | NA |
| N/F | GM Financial | 4210-000 | $29,242.00 | NA | NA | NA |
| N/F | Harley Davidson Financial | 4210-000 | $53,126.00 | NA | NA | NA |
| N/F | Hydrangea Capital, LLC | 4120-000 | $76,000.00 | NA | NA | NA |
| N/F | Kenworth Paclease of Vermont | 4210-000 | $150,000.00 | NA | NA | NA |
| N/F | Kenworth Paclease of Vermont | 4210-000 | $150,000.00 | NA | NA | NA |
| N/F | Maine DHHS | 4700-000 | $11,500.00 | NA | NA | NA |
| N/F | Service Credit Union | 4210-000 | $3,012.00 | NA | NA | NA |
| N/F | Us Bank Home Mortgage | 4110-000 | $420,000.00 | NA | NA | NA |
| N/F | kubota credit | 4210-000 | $49,693.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,215,476.00** | **$209,325.53** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Anthony J. Manhart | 2100-000 | NA | $658.05 | $658.05 | $658.05 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $0.00 | $1.59 | $1.59 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $30.00 | $30.00 | $30.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $20.00 | $20.00 | $20.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $708.05 | $709.64 | $709.64 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | State of Maine Bureau of Revenue Services | 5800-000 | $78,000.00 | $7,701.85 | $7,701.85 | $324.00 |
| 18P | Internal Revenue Service | 5800-000 | $77,000.00 | $38,000.00 | $38,000.00 | $1,598.56 |
| N/F | Christine Bolstridge | 5100-000 | $0.00 | NA | NA | NA |
| N/F | Maine DHHS | 5100-000 | $11,500.00 | NA | NA | NA |
| N/F | Maine Department of Labor | 5800-000 | $13,156.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $179,656.00 | $45,701.85 | $45,701.85 | $1,922.56 |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CENTRAL MAINE POWER COMPANY | 7100-000 | $2,155.38 | $712.41 | $712.41 | $0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | $795.00 | $795.93 | $795.93 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | $36,686.00 | $37,518.17 | $37,518.17 | $0.00 |
| 7U | State of Maine Bureau of Revenue Services | 7300-000 | NA | $3,678.86 | $3,678.86 | $0.00 |
| 8 | Americredit Financial Services, Inc. | 7100-000 | $24,975.00 | $21,572.14 | $21,572.14 | $0.00 |
| 9 | Americredit Financial Services, Inc. | 7100-000 | $64,925.00 | $24,975.48 | $24,975.48 | $0.00 |
| 10U | North Country FCU | 7100-000 | NA | $2,475.83 | $2,475.83 | $0.00 |
| 11 | American Express National Bank | 7100-000 | $396.00 | $760.66 | $760.66 | $0.00 |
| 12 | Morton Salt | 7100-000 | $119,300.00 | $96,009.22 | $96,009.22 | $0.00 |
| 13 | PYOD, LLC | 7100-000 | $840.00 | $765.08 | $765.08 | $0.00 |
| 14 | Verizon | 7100-000 | NA | $978.17 | $978.17 | $0.00 |
| 15 | PYOD, LLC | 7100-000 | $2,012.00 | $1,512.78 | $1,512.78 | $0.00 |
| 16 | Radium2 Capital | 7100-000 | $31,619.00 | $19,847.12 | $19,847.12 | $0.00 |
| 17 | Susquehanna Salt Lake, LLC | 7100-000 | $38,647.00 | $75,174.18 | $75,174.18 | $0.00 |
| N/F | Barclays Bank Delaware | 7100-000 | $17,618.00 | NA | NA | NA |
| N/F | Bmf Capital | 7100-000 | $43,321.00 | NA | NA | NA |
| N/F | Complete Business Solutions Group, Inc. | 7100-000 | $64,293.07 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Forward Financing | 7100-000 | $26,172.68 | NA | NA | NA |
| N/F | Green Capital Funding | 7100-000 | $76,987.00 | NA | NA | NA |
| N/F | Kenworth | 7100-000 | $16,419.00 | NA | NA | NA |
| N/F | Lindsay Water Conditioning | 7100-000 | $4,431.00 | NA | NA | NA |
| N/F | Maine Commercial Tire Inc. | 7100-000 | $17,350.68 | NA | NA | NA |
| N/F | New England Kenworth | 7100-000 | $7,426.00 | NA | NA | NA |
| N/F | New England Truck Tire Centers | 7100-000 | $23,631.00 | NA | NA | NA |
| N/F | OneMain Financial | 7100-000 | $6,772.00 | NA | NA | NA |
| N/F | Wentworth Douglas | 7100-000 | $14,375.65 | NA | NA | NA |
| N/F | wex | 7100-000 | $36,858.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $678,005.46 | $286,776.03 | $286,776.03 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 20-20008 PGC | Trustee Name: | (390050) Anthony J. Manhart |
| Case Name: | BOLSTRIDGE, DONALD | Date Filed (f) or Converted (c): | 01/08/2020 (f) |
| | | § 341(a) Meeting Date: | 08/03/2020 |
| For Period Ending: | 04/05/2022 | Claims Bar Date: | 04/22/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 169 York Woods Road, South Berwick, ME 03908-0000, York County | 489,330.00 | 0.00 | | 0.00 | FA |
| 2 | 2019 Chevy Silverado 2500 HD, 10000 miles | 30,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2017 Ford Escape, 51000 miles | 13,400.00 | 0.00 | | 0.00 | FA |
| 4 | 2018 Chevy Traverse | 50,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2017 Chevy 3500 | 50,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2015 Chevy Express Van | 21,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2019 Harley Davison Road Glyde | 20,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2019 Kubota 6060 tractor | 40,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | 10000 pound utility trailer | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Polaris Side by Side 1000 | 2,700.00 | 0.00 | | 0.00 | FA |
| 11 | 2017 Chevy 2500 Silverado | 20,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2019 Kenworth W900L | 100,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2020 Kenworth W900L | 100,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2018 Arctic Cat tundercat | 17,000.00 | 0.00 | | 0.00 | FA |
| 15 | 2018 Arctic Cat 600 | 12,117.00 | 0.00 | | 0.00 | FA |
| 16 | 2019 Durabull DBSS 7x18 Trailer | 3,000.00 | 0.00 | | 0.00 | FA |
| 17 | household goods, all valued at less than $200 each | 7,650.00 | 0.00 | | 0.00 | FA |
| 18 | cell phone, tv, computer, all valued at less than $200 each | 600.00 | 0.00 | | 0.00 | FA |
| 19 | 4 old shotguns | 400.00 | 0.00 | | 0.00 | FA |
| 20 | clothing | 500.00 | 0.00 | | 0.00 | FA |
| 21 | 2 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Cash | 40.00 | 0.00 | | 0.00 | FA |
| 23 | Deposits of money: Kennebunk Savings Bank checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 24 | Nonpublic stock and businesses: owner Superior Trucking | 0.00 | 0.00 | | 0.00 | FA |
| 25 | CDL | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 20-20008 PGC  
**Case Name:** BOLSTRIDGE, DONALD  
**For Period Ending:** 04/05/2022

**Trustee Name:** (390050) Anthony J. Manhart  
**Date Filed (f) or Converted (c):** 01/08/2020 (f)  
**§ 341(a) Meeting Date:** 08/03/2020  
**Claims Bar Date:** 04/22/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | Int. in Ins. policies: liability, vehicle, home, health | 0.00 | 0.00 | | 0.00 | FA |
| 27 | hand tools | 2,000.00 | 0.00 | | 0.00 | FA |
| 28 | Claims against Nestle Waters North America, Inc. and Poland Spring Company (u) | Unknown | 0.00 | | 0.00 | FA |
| 29 | Funds received from Ally (u) | Unknown | 2,632.20 | | 2,632.20 | FA |
| **29** | **Assets Totals (Excluding unknown values)** | **$981,737.00** | **$2,632.20** | | **$2,632.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR to be filed.

**Initial Projected Date Of Final Report (TFR):** 06/30/2021  **Current Projected Date Of Final Report (TFR):** 10/29/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 20-20008 PGC | Trustee Name: | Anthony J. Manhart (390050) |
|---|---|---|---|
| Case Name: | BOLSTRIDGE, DONALD | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0831 | Account #: | ******2400 Checking |
| For Period Ending: | 04/05/2022 | Blanket Bond (per case limit): | $40,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/22/20 | {29} | Successor Trustee Transfer from Nathaniel Hull | Successor Trustee Transfer from Nathaniel Hull | 1290-000 | 2,632.20 | | 2,632.20 |
| 12/31/20 | 2 | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,627.20 |
| 01/29/21 | 3 | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,622.20 |
| 02/26/21 | 4 | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,617.20 |
| 03/31/21 | 5 | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,612.20 |
| 04/30/21 | 6 | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,607.20 |
| 05/28/21 | 7 | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,602.20 |
| 06/09/21 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX2218 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX2218 | 9999-000 | | 2,602.20 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| **COLUMN TOTALS** | 2,632.20 | 2,632.20 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 2,602.20 | |
| **Subtotal** | 2,632.20 | 30.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $2,632.20 | $30.00 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 20-20008 PGC | Trustee Name: | Anthony J. Manhart (390050) |
|---|---|---|---|
| Case Name: | BOLSTRIDGE, DONALD | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0831 | Account #: | ******2218 Checking Account |
| For Period Ending: | 04/05/2022 | Blanket Bond (per case limit): | $40,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/09/21 |  | Transfer Credit from Mechanics Bank acct XXXXXX2400 | Transition Credit from Mechanics Bank acct XXXXXX2400 | 9999-000 | 2,602.20 |  | 2,602.20 |
| 06/30/21 | 8 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 2,597.20 |
| 07/30/21 | 9 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 2,592.20 |
| 08/09/21 | 1000 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/09/21, BOND #016227841 | 2300-000 |  | 1.59 | 2,590.61 |
| 08/31/21 | 10 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 2,585.61 |
| 09/30/21 | 11 | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 2,580.61 |
| 12/27/21 | 1001 | Anthony J. Manhart | Distribution payment - Dividend paid at 100.00% of $658.05; Claim # FEE; Filed: $658.05 | 2100-000 |  | 658.05 | 1,922.56 |
| 12/27/21 | 1002 | State of Maine Bureau of Revenue Services | Distribution payment - Dividend paid at 4.21% of $7,701.85; Claim # 7P; Filed: $7,701.85 | 5800-000 |  | 324.00 | 1,598.56 |
| 12/27/21 | 1003 | Internal Revenue Service | Distribution payment - Dividend paid at 4.21% of $38,000.00; Claim # 18P; Filed: $38,000.00 | 5800-000 |  | 1,598.56 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 2,602.20 | 2,602.20 | $0.00 |
| Less: Bank Transfers/CDs | 2,602.20 | 0.00 |  |
| Subtotal | 0.00 | 2,602.20 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| NET Receipts / Disbursements | $0.00 | $2,602.20 |  |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-20008 PGC | **Trustee Name:** | Anthony J. Manhart (390050) |
| **Case Name:** | BOLSTRIDGE, DONALD | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0831 | **Account #:** | ******2218 Checking Account |
| **For Period Ending:** 04/05/2022 | | **Blanket Bond (per case limit):** | $40,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  | |
|---|---:|
| Net Receipts: | $2,632.20 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,632.20 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2400 Checking | $2,632.20 | $30.00 | $0.00 |
| ******2218 Checking Account | $0.00 | $2,602.20 | $0.00 |
| | **$2,632.20** | **$2,632.20** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)