oapfnlrp(08/03)

**UNITED STATES BANKRUPTCY COURT**
**District of Maine**

Case No.: 20−20008
Chapter: 7

In Re:
  Donald Bolstridge

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT AFTER DISTRIBUTION**

The Trustee's Final Report and Account After Distribution having been submitted by the trustee to the United States Trustee, along with all canceled checks and ending bank statement(s) reflecting a zero ($0) ending bank balance in all estate accounts, and the same having initially been reviewed by the United States Trustee and filed with the Court without objection;

**IT IS HEREBY ORDERED** that the trustee's Final Report and Account After Distribution is **Approved**, and further that the trustee is hereby discharged from his/her duties herein as trustee.

**IT IS FURTHER ORDERED** that this proceeding will be closed in 30 days pursuant to 11 U.S.C.§350(a) and FRBP 5009.

**Dated: April 8, 2022**

/s/ Peter G Cary
**U.S. Bankruptcy Judge**